

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 20-16-BU-KLD |
| Plaintiff, | ORDER APPOINTING COUNSEL: CJA PANEL COUNSEL |
| vs. | |
| SERGIO ALEJANDRO FLORE DIAZ, | |
| Defendant. | |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney below, a member of the CJA Panel of this District, is appointed to represent the Defendant at every stage of the proceedings, including ancillary matters appropriate to the proceedings.

    Name: David Mattingley
    Address: Bryan, DiStefano & Mattingley, PLLP
               423 First Ave. East
               P.O. Box 2341
               Kalispell, MT 59903
    Telephone: (406) 890-1880
    Email: david@nwmontanalaw.com

IT IS FURTHER ORDERED that the Defendant shall pay the sum of _____0_____ DOLLARS ($_____) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $_____ shall be made on or before _____, and each subsequent payment shall be made on or before the _____ day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DONE and DATED this 3rd day of August, 2020.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge